UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD WHITE, PHYLLIS WHITE,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MORTGAGE ELECTRONIC REGISTRATION INC, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. C17-906 RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiffs' application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiffs may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiffs.

DATED this 13th day of June, 2017.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1