UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD WHITE and PHYLLIS WHITE,

        Plaintiffs,

v.

MORTGAGE ELECTRONIC REGISTRATION, INC., *et al.*,

        Defendants.

Case No. C17-0906RSM

ORDER STAYING CASE

On July 11, 2017, Defendants informed the Court that they had received notice of Chapter 13 bankruptcy proceedings involving Plaintiffs.[1] Dkt. #9. Thus, it appears that this matter is now subject to an automatic bankruptcy stay. *Id.*

Accordingly, the Court hereby finds and ORDERS:

1. The Clerk shall enter a STAY in this matter pending the outcome of Plaintiffs' bankruptcy proceedings.

2. The parties shall promptly notify the Court when the bankruptcy proceedings have concluded and/or if the status of the automatic stay changes for other reasons.

3. The Clerk shall terminate all pending deadlines in this matter. Such deadlines shall be reset if and when that becomes necessary once the bankruptcy proceedings are resolved.

---

[1] Plaintiffs have not provided notice to this Court of the bankruptcy proceedings.

ORDER
PAGE - 1

4. The Clerk SHALL forward a copy of this Order to Plaintiffs and all counsel of record, and to the Bankruptcy Trustee:

K. Michael Fitzgerald
600 University St., Suite 2200
Seattle, WA 98101

DATED this 12 day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2