UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD WHITE and PHYLLIS WHITE,

Plaintiffs,

v.

MORTGAGE ELECTRONIC
REGISTRATION, INC., *et al.*,

Defendants.

Case No. C17-0906RSM

ORDER LIFTING STAY

On July 11, 2017, Defendants informed the Court that it had received notice of Chapter 13 bankruptcy proceedings involving Plaintiffs.[1] Dkt. #9. Thus, the Court stayed this matter as it was subject to an automatic bankruptcy stay. Dkt. #10. On August 14, 2017, Defendants informed the Court that Plaintiffs' bankruptcy proceedings had been dismissed for Plaintiffs' failure to file certain required documents. Dkt. #11, Ex. 1.

Accordingly, the Court hereby finds and ORDERS:

1. The Clerk shall LIFT the STAY in this matter.
2. The Clerk shall REISSUE the Court's Order Regarding Initial Disclosures and Joint Status Report with new deadlines.
3. The Clerk SHALL forward a copy of this Order to Plaintiffs and all counsel of record, and to the Bankruptcy Trustee:

---

[1] Plaintiffs never provided notice to this Court of their bankruptcy proceedings.

ORDER
PAGE - 1

K. Michael Fitzgerald
600 University St., Suite 2200
Seattle, WA 98101

DATED this 15 day of August, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2