UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD WHITE and PHYLLIS WHITE,

Plaintiffs,

v.

MORTGAGE ELECTRONIC REGISTRATION, INC., et al.,

Defendants.

No. C17-906 RSM

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is stipulated by and between plaintiffs Ronald White and Phyllis White ("Plaintiffs") and Defendants Mortgage Electronic Registration, Inc. ("MERS") and the Bank of New York Mellon FKA the Bank of New York, as trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-26 ("BONY") and Specialized Loan Servicing, LLC ("SLS") (collectively, "Defendants"), that this action and all claims be dismissed with prejudice and without costs or attorney fees to any party,

/ / /

/ / /

/ / /

/ / /

WHEREFORE, this Court orders and adjudges that this action and all claims are

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone (503) 228-6044
Facsimile (503) 228-1741

dismissed with prejudice and without costs or attorney fees to any party.

        IT IS SO ORDERED AND ADJUDGED this 3rd day of January, 2018.

![signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**IT IS SO STIPULATED:**

| | |
|---|---|
| /s/ Ronald White | /s/ Phyllis White |
| Ronald White, Plaintiff pro se | Phyllis White, Plaintiff pro se |
| Dated: November 21, 2017 | Dated: November 21, 2017 |

FARLEIGH WADA WITT

By: /s/ Tara J. Schleicher
    Tara J. Schleicher, WSBA #26884
    TSchleicher@fwwlaw.com
    (503) 228-6044
    Of Attorneys for Defendants

Presented by:

FARLEIGH WADA WITT


By: /s/ Tara J. Schleicher
    Tara J. Schleicher, WSBA #26884
    TSchleicher@fwwlaw.com
    Of Attorneys for Defendants

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone (503) 228-6044
Facsimile: (503) 228-1741